

T: 314.512.8888  PO Box 16959
www.heartland-bank.com  St. Louis, MO 63105-1359

April 2, 2013

Kimberly Haman
5624 briarwood Estates
St Louis, MO 63129

To Whom It May Concern,

It has come to the attention of Heartland Bank that a credit report obtained from Credit Plus for Kimberly Haman has a reporting of deceased on an account that she has with Heartland Bank.

As of today's date, we do not have Kimberly Haman listed as deceased in our files or in our reporting to the credit bureaus. Because this was brought to our attention by Mrs. Haman, we have resubmitted an update to the credit bureaus.

Sincerely,

Karen Attwood
Heartland Bank
VP Branch Manager


