

June 20, 2013

Dear Kimberly Haman,

We regret to inform you that we are unable to proceed with you loan as of today June 20, 2013.  The reason for your denial is that your status from Equifax is reporting you as deceased.

Once this gets straighten out with the bureau we would like to have you re-apply for the extension of credit for a home loan, but at this time we are unable to offer you a program at this time.

Thank you for your interest,

Kevin Puntney
Prime source Mortgage