07/22/2013  16:56        3148464301                        UPS STORE 1911                        PAGE  04/04

**EQUIFAX**

004160

**CREDIT FILE : July 10, 2013**
**Confirmation #  3183041807**

P. O. Box 105518
Atlanta, GA 30348

001441257-4160
Kimberly M Haman
5624 Briarwood Estates Dr
Saint Louis, MO 63129-6024

Dear Kimberly M Haman:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm  Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *)
(This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> **We have researched the credit account. Account # - 45074510*  The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Heartland Savings, 212 S Central Ave Ste 200, Saint Louis MO 63105-3500 Phone: (314) 621-2660**

**Heartland Savings    212 S Central Ave Ste 200  Saint Louis MO 63105-3500 : (314) 621-2660**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Paid | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 45074510* | 03/10/2007 | $700 | $700 | | Monthly | 26 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/2013 | $695 | $0 | 06/2013 | $0 | $8 | | 06/2013 | | $0 | | $0 | | |

Status - Pays As Agreed; Type of Account - Line of Credit; Type of Loan - Line Of Credit; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Line of Credit; Variable/Adjustable Rate;

( Continued On Next Page )                                Page 1 of 2                                3183041807APPLADM-001441257- 4160 - 7905